IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CLINTON SHELTON** ) | |
| ) | |
| **V.** ) | 3-05-CV-763-N |
| ) | |
| **DOUGLAS DRETKE, Director,** ) | |
| **Texas Department of Criminal Justice** ) | |
| **Correctional Institutions Division** ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS FURTHER ORDERED that Petitioner's motion to expand the record is GRANTED to include his designated Exhibit 30, but as to the remainder of his motion the same is DENIED because the proposed exhibits were not within the evidence presented in his State court proceedings and insofar as his motion seeks to include exhibits which Respondent has produced in this action his motion is moot.

IT IS FURTHER ORDERED that Petitioner's motion for discovery is denied.

SO ORDERED March 7, 2006.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE